UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Judge Pauley

GETTY IMAGES (US), INC.,

Plaintiff,

-v-

RUTH INDUSTRIES, INC.

Defendant.

08 CV 3564

Case No. _____

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

GETTY IMAGES (US), INC., _____ (a private non-governmental party)

certifies that said party has no corporate parents and no publicly held company owns 10% or more of said party.

Date: 4/11/08

_____
Signature of Attorney

Attorney Bar Code: KB-9077