**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GETTY IMAGES (US), INC.,

          Plaintiff,

    -against-

RUTH INDUSTRIES, INC.,

          Defendant.
-----------------------------------------------------------X

Case No. 08 CV 3564
(Judge Pauley)

AFFIDAVIT OF SERVICE

STATE OF MISSOURI    )
          S.S.:
COUNTY OF SAINT LOUIS  )

Mark Rauss, being duly sworn, deposes and says that he/she is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

That on the 16th day of April, 2008, at approximately the time of 9:49 am deponent served a true copy of the SUMMONS IN A CIVIL ACTION; COMPLAINT FOR COMPENSATORY, STATUTORY AND OTHER DAMAGES AND INJUNCTIVE RELIEF; CIVIL COVER SHEET; INDIVIDUAL PRACTICES OF JUDGE WILLIAM H. PAULEY III; AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE RONALD L. ELLIS upon RUTH INDUSTRIES, INC. c/o Hutch & Eppenberger LLC, Registered Agent at 190 Carondelet Plaza, Suite 600, St. Louis, MO, by personally delivering and leaving the same with Jennifer Schwendemann who informed deponent that she holds the position of Director Risk management with that company and is authorized by appointment to receive service at that address.

Jennifer Schwendemann is a white female, approximately 45 years of age, stands approximately 5 feet 7 inches tall, weighs approximately 180 pounds with red hair.

X _____
PROCESS SERVER

Sworn to before me this
23 day of April, 2008

_____
NOTARY PUBLIC

KELLEY A. BANNISTER
Notary Public - Notary Seal
STATE OF MISSOURI
St. Louis County
My Commission Expires: May 13, 2011
Commission # 07480028

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com