FRANCESCA A. SABBATINO (FS-3481)
Of Counsel
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**RUTH INDUSTRIES, INC.**
26 Broadway-28th Floor
New York, New York 10004
(212)482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

GETTY IMAGES (US), INC.,

           Plaintiff,

-against-

RUTH INDUSTRIES, INC.,

           Defendant.

------------------------------------------------------------X

**DOCKET NO.:**
08 CV 3564 (WHP)

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**RUTH INDUSTRIES, INC.,**

I certify that I am admitted to practice in this Court.

Dated: New York, New York
      May 1, 2008

<u>Francesca A. Sabbatino</u>
Francesca A. Sabbatino (FS-3481)
Of Counsel
RUSSO, KEANE & TONER, LLP
Attorney for Defendant
RUTH INDUSTRIES, INC.,
26 Broadway- 28th Floor
New York, New York 10004
(212)482-0001
RKT File No.: 920.011

To: Karen Bekker
Mario Aetia
Satterlee Stephens Burke & Burke, LLP
Attorney for Plaintiff
GETTY IMAGES (US) INC.
230 Park Avenue
New York, New York 10069
(818)-9200

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of same in the United States mail, postage prepared and properly addressed, this 1st day of May, 2008.

Karen Bekker (KB-9077)
Satterlee Stephens Burke & Burke, LLP
Attorney for Plaintiff
GETTY IMAGES (US) INC.
230 Park Avenue
New York, New York 10069
(818)-9200

Francesca A. Sabbatino

CIV ACTION NO.: 3564  YEAR: 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X

GETTY IMAGES (US), INC.,

        Plaintiff,

-against-

RUTH INDUSTRIES, INC.,

        Defendant.

-------------------------------------------------------------------------------X

## NOTICE OF APPEARANCE

**RUSSO, KEANE & TONER, LLP**
Attorneys for Defendant
**RUTH INDUSTRIES, INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-000
**RKT File No.: 920.011**