USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

GETTY IMAGES (US), INC.,

            Plaintiff,

-against-

RUTH INDUSTRIES, INC.,

            Defendant.

------------------------------------------------------------X

**DOCKET NO.:**
08 CV 3564 (WHP)

**EXTENSION OF TIME**

    IT IS HEREBY AGREED TO AND CONSENTED by all parties that RUTH INDUSTRIES, INC., time to answer or otherwise respond to plaintiff's complaint is hereby extended up to and including **May 27, 2008**.

Dated: New York, New York
May 1, 2008

_____
Francesca A. Sabbatino (FS-3481)
Of Counsel
RUSSO, KEANE & TONER, LLP
Attorney for Defendant
RUTH INDUSTRIES, INC.,
26 Broadway- 28th Floor
New York, New York 10004
(212)482-0001
RKT File No.: 920.011

_____
Karen Bekker (KB-9077)
Satterlee Stephens Burke & Burke, LLP
Attorney for Plaintiff
GETTY IMAGES (US) INC.
230 Park Avenue
New York, New York 10069
(818)-9200

**SO ORDERED:**

_____
WILLIAM H. PAULEY III U.S.D.J.

5/9/08