USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
GETTY IMAGES (US), INC.,

    Plaintiff,

 -against-

RUTH INDUSTRIES, INC.,

    Defendant.
---------------------------------------------------------X

DOCKET NO.:
08 CV 3564 (WHP)

**STIPULATION TO CHANGE VENUE AND FOR EXTENSION OF TIME**

IT IS HEREBY AGREED TO AND CONSENTED by all parties that the above captioned action be transferred to the United States District Court for the Eastern District of Missouri and that RUTH INDUSTRIES, INC.'s time to answer or otherwise respond to plaintiff's complaint is hereby extended up to and including twenty (20) days after the ORDER of this court is entered changing the venue as agreed to herein.

Dated: New York, New York
May 30, 2008

_____
Francesca A. Sabbatino (FS-3481)(Of Counsel)
RUSSO, KEANE & TONER, LLP
Attorney for Defendant
RUTH INDUSTRIES, INC.
26 Broadway – 28th Floor
New York, New York 10004
(212) 482-0001

_____
Mario Aieta (MA-2228)
Karen Bekker (KB-9077)
Satterlee Stephens Burke & Burke, LLP
Attorneys for Plaintiff
GETTY IMAGES (US) INC.
230 Park Avenue
New York, New York 10069
(212) 818-9200

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.

6/10/08

ST_LOUIS-2992163-v1-Stipulation to Change Venue